AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

BWH/jg

# UNITED STATES DISTRICT COURT

<u>WESTERN</u>  District of  <u>NEW YORK</u>

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | (For **Revocation** of Probation or Supervised Release) |
| Sanchez Andrews | Case Number: 1:01 CR 00156-001 |
| | USM Number: 11298-055 |
| | Timothy Hoover |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of charge(s)    #1

☐ was found in violation of charge(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | Absconded from Electronic Monitoring | 12/06/05 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated charge(s) _____ and is discharged as to such violation(s) charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

02/15/06
Date of Imposition of Judgment

Signature of Judge

William M. Skretny, U.S. District Judge
Name and Title of Judge

2/22/06
Date

AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment

BWH/jg

Judgment — Page __2__ of __2__

DEFENDANT:        Sanchez Andrews
CASE NUMBER:      1:01 CR 00156-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :   Three (3) Months

☒ The cost of incarceration fee is waived.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☒ The defendant shall surrender to the United States Marshal for this district:

    ☒ at   2:00   ☐ a.m.   ☒ p.m.   on   02/17/06   .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

_____
DEPUTY UNITED STATES MARSHAL